22-00128MB

## AFFIDAVIT

I, William P. Akins, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state:

**INTRODUCTION:**

1. I am a Postal Inspector with the United States Postal Inspection Service, in Tucson, AZ, and have been employed as such since February of 2019. Since February of 2019, I have been stationed at the Tucson, Arizona office of the Phoenix Division. I attended the fourteen-week training course at the United States Postal Inspection Service Academy in Potomac, Maryland. There I received training related to violations of federal law including assaults, robberies, and criminal investigations of narcotics trafficking via the United States Mail. Prior to becoming a Postal Inspector, I was employed as a United States Border Patrol Agent for approximately 13 years. Throughout my law enforcement career, I have had extensive training and experience investigating a variety of criminal violations including controlled substances. During my almost 16-year career as a Federal Law Enforcement Officer, I have been involved in numerous criminal investigations which have resulted in arrests, recovery of evidence and seizure of property. I have also written and executed numerous search warrants resulting in the seizure of thousands of dollars and controlled substances.

**DESCRIPTION OF SUBJECT PARCELS:**

2. This affidavit is made in support of an Application and Affidavit for a Search Warrant for four United States Postal Service (USPS) Priority Mail (PM) parcels. The first parcel has tracking number 9505 5107 2713 2105 4697 45, with $8.95 in postage and postmarked from Rio Rico, AZ 85648 on April 15, 2022. It bears a return address of "Zaida Castillo, 921 Via Espina, Rio Rico, AZ 85648" and is addressed to "Johnny Crawford, 737 Krypton Lick

Branch, Hazard, KY, 4171". The parcel consists of a white, USPS PM flat rate envelope. The parcel measures approximately 10" x 7". It is hereafter referred to as "SUBJECT PARCEL 1".

3. The second parcel has tracking number 9505 5107 2713 2105 4697 21, with $8.95 in postage and postmarked from Rio Rico, AZ 85648 on April 15, 2022. It bears a return address of "Zaida Castillo, 921 Via Espina, Rio Rico, AZ 85648" and is addressed to "Mike Garcia, 5757 W. Utah St., Tucson, AZ, 85757". The parcel consists of a white, USPS PM flat rate envelope. The parcel measures approximately 10" x 7". It is hereafter referred to as "SUBJECT PARCEL 2".

4. The third parcel has tracking number 9505 5107 2713 2105 4697 14, with $8.95 in postage and postmarked from Rio Rico, AZ 85648 on April 15, 2022. It bears a return address of "Zaida Castillo, 921 Via Espina, Rio Rico, AZ 85648" and is addressed to "Estela Buchanan, 4283 E. Parting Waters Way, Tucson, AZ, 85712". The parcel consists of a white, USPS PM flat rate envelope. The parcel measures approximately 10" x 7". It is hereafter referred to as "SUBJECT PARCEL 3".

5. The fourth parcel has tracking number 9505 5107 2713 2105 4697 38, with $8.95 in postage and postmarked from Rio Rico, AZ 85648 on April 15, 2022. It bears a return address of "Zaida Castillo, 921 Via Espina, Rio Rico, AZ 85648" and is addressed to "Nancy Rowe, 3673 S. Bullard Ave., Ste 101, Goodyear, AZ, 85338". The parcel consists of a white, USPS PM flat rate envelope. The parcel measures approximately 10" x 7". It is hereafter referred to as "SUBJECT PARCEL 4".

6. The above referenced parcels will be collectively referred to as "SUBJECT PARCELS".

**BACKGROUND ON USPS DRUG INTERDICTION NEAR THE SOUTHWEST BORDER AND THE USPS DRUG MAIL PROFILING PROGRAM:**

7. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who also specialize in investigations relating to the mailing of controlled substances and the proceeds from the sale of controlled substances, I am aware that the southwestern international border is a leading area for the entry of controlled substances from Mexico into the U.S.  Based on the large quantities of controlled substances entering southern Arizona, controlled substances are frequently transported from southern Arizona via the United States Mail to areas across the United States and Puerto Rico.  It is also common for the proceeds from the sale of the controlled substances to be sent to southern Arizona via the United States Mail.  By using the U.S. Mail to ship controlled substances, these drug traffickers put unknowing postal employees who handle and deliver those mailings at risk.

8. Based on the frequent use of the United States Mail for the shipment of controlled substances from southern Arizona, Postal Inspectors in Tucson and other locations near the southwest border routinely observe inbound and outbound mail articles for suspicious characteristics common to mailings of drugs and drug proceeds.  While there are many characteristics that experienced inspectors look for, the most common characteristics found are:

    a. Suspected parcels are mailed to or from known drug destination areas, primarily the large metropolitan areas in United States and Puerto Rico.

    b. The sender names and addresses on drug or drug proceeds parcels routinely contain misspellings, incomplete, inaccurate, unauthorized and/or fictitious information.

    c. A tracking number is used to provide the trafficker the ability to track the parcel's progress to the point of delivery.

    d. The postage was paid with means which leaves no trail identifying the mailer.

9. Parcels found to meet some or all of the suspicious characteristics described in subsections "a" through "d" of this paragraph are further investigated by Postal Inspectors.

**INVESTIGATIVE DETAILS:**

10. Since January of 2022, I have been investigating a group of suspects who mail pharmaceutical drugs utilizing the USPS' PME and Priority Mail services. These suspects obtain the pharmaceutical drugs from Mexico and distribute them across the United States. Throughout my investigation, I have obtained several Federal Search Warrants to open and seize over 50 USPS parcels which all contained pharmaceutical drugs.

11. This drug trafficking organization uses return addresses which are often fictious or the sender's name does not associate to that address. This drug trafficking organization often mail several parcels at a time and always pay for the postage in cash. The SUBJECT PARCELS have these characteristics.

12. On April 19, 2022, I received the SUBJECT PARCELS in my office after a USPS employee believed the SUBJECT PARCELS were suspicious and referred them for further examination.

13. After observing the SUBJECT PARCELS, I found they had the following characteristics common to drug parcels, namely:

    a. They were mailed from Rio Rico, Arizona which is an area I know to be a source area for narcotics that are often shipped across the country.

    b. The parcels had a tracking number. From my experience, I know that nearly all drug parcels bear tracking numbers allowing the sender and receiver to track the progress of the shipment from origination to destination.

    c. There were no telephone numbers listed on the mailing label for either the sender or addressee. In my experience, legitimate mailers who use the USPS PME and PM service regularly include telephone numbers in the spaces provided on the label because they paid a premium price for the service and want to be contacted to help facilitate a timely delivery should a problem arise. In my experience, PME and PM parcels that I have seized drugs from bore either no telephone numbers or listed fictitious telephone numbers.

    d. The postage for the parcels were paid for in cash.

14. The SUBJECT PARCELS are utilizing similar return address information as other parcels I have already seized, which contained pharmaceutical drugs. The return address information used on previously seized parcels was "Zaida Castillo, 231 Via Espina, Rio Rico, AZ. 85648".

15. Canine Examination:

    a. A canine examination was not conducted on the SUBJECT PARCELS due to the fact not all the chemical components of pharmaceuticals are derivatives of one of the canine's trained odors. Pharmaceutical drugs are not necessarily illegal, but they are illegal to mail. To date, I have seized over 50 parcels with the similar label profiles as the SUBJECT PARCELS and all of them contained pharmaceutical drugs.

16. Based on the facts set forth in this affidavit, I still believe there is probable cause to show that the SUBJECT PARCELS contain controlled substances and/or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841 (a) (1), Possession with Intent to Distribute a Controlled Substance, and 843

(b), Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.

*William P. Akins*
_____
William P. Akins
United States Postal Inspector

Subscribed and sworn to me telephonically on
This 19th day of April, 2022

_____
Eric J. Markovich
United States Magistrate Judge