# RETURN

Case No.: 22-00128MB

☒ FILED  ☐ LODGED
Apr 20 2022
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4-19-22 | 4-20-22 12:07pm | N/A |

**INVENTORY MADE IN THE PRESENCE OF**

A. Atayde / W. Akins

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

450 grams of unknown pharmaceutical drugs

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 4-20-22

_____
Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title